**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**


COMMONWEALTH OF PENNSYLVANIA, : No. 409 WAL 2014
                                            :

            Respondent         :

                                         : Petition for Allowance of Appeal from the
                                       : Order of the Superior Court
          v.                    :

                                            :

JARRELL RAYMOND SAUNDERS,     :

            Petitioner          :


## ORDER


**PER CURIAM**

      **AND NOW**, this 11th day of March, 2015, the Petition for Allowance of Appeal is

**DENIED**.